Per Curiam.

(No. 75-CC-165–)

Robert A. Roe, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed September 9, 1974.*

Robert A. Roe, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

PER CURIAM.